UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ANTHONY HICKS,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No.  2:20-cv-2080 WBS KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action seeking relief under 42 U.S.C. § 1983.  On July 14, 2021, plaintiff filed a document styled, "Application for Leave to File Amendment Brief," in which he seeks leave to file an "amended brief."  (ECF No. 27.)  However, at present there is no motion pending in which a brief is required.  Moreover, this action was stayed on July 12, 2021.  Therefore, plaintiff's request is denied without prejudice to renewal at the appropriate juncture.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 14, 2021 request (ECF No. 27) is denied without prejudice.

Dated:  July 16, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hick2080.brf

1